**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| SETTLERS' HOUSING SERVICE, INC. ) | |
| An Illinois non-for-profit, ) | Case No: 13-28022 |
| ) | |
| Debtor. ) | Honorable Jack B. Schmetterer |
| ) | |
| ) | Motion Date: September 14, 2017 |
| ) | Motion Time: 1:30 p.m. |
| ) | |

## NOTICE OF MOTION

TO: see attached service list

    PLEASE TAKE NOTICE that on **September 14, 2017, at 1:30 p.m.** the undersigned will present **Schaumburg Bank & Trust Company, N.A.'s Motion for Extension of Time or in the Alternative to Amend the Final Pretrial Order Entered 8/22/17**, before the Honorable Judge Schmetterer, or such other judge as may be sitting in his stead, in Courtroom 682 of the Dirksen Federal Building located at 219 S. Dearborn, Chicago, IL 60604, a copy of which is attached hereto and served on you. You may appear if you wish

Dated:  September 8, 2017                    SCHAUMBURG BANK & TRUST COMPANY, N.A.,

                                                                                                   By:  /s/ Terence G. Tiu
                                                                                                      One of Its Attorneys

Francisco E. Connell (ARDC #6289256)
Miriam R. Stein (ARDC #6238163)
Terence G. Tiu (ARDC #6271485)
CHUHAK & TECSON, P.C.
Attorneys for Schaumburg Bank & Trust Company, N.A.
30 S. Wacker Drive, Suite 2600
Chicago, IL  60606
T:  (312) 444-9300
F:  (312) 444-9027
E:  mstein@chuhak.com
    fconnell@chuhak.com
    ttiu@chuhak.com

## **CERTIFICATE OF SERVICE**

      I, Terence G. Tiu, an attorney, hereby certify that on September 8, 2017, I electronically filed this **Notice of Motion** and **Schaumburg Bank & Trust Company, N.A.'s Motion for Extension of Time or in the Alternative to Amend the Final Pretrial Order Entered 8/22/17** with the U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division's CM/ECF system, which will send electronic notification of this filing to the following parties as set forth in the Service List attached below.

                                            /s/ Terence G. Tiu

## SERVICE LIST

**William J. Factor**
105 W. Madison, Ste. 1500
Chicago, IL 60602
847-574-8233 (fax)
wfactor@wfactorlaw.com
dholtkamp@wfactorlaw.com
slorber@wfactorlaw.com
jpaulsen@wfactorlaw.com
*Counsel for Settlers' Housing Service, Inc.*

**Douglas Chalmers**
Douglas M. Chalmers, P.C.
77 West Wacker Drive, Suite 4800
Chicago, IL 60601
(312) – 606-8700
dmc@chalmers-law.com
*Attorney for John J. Frale and Connie M. Saiger*

**Elizabeth E Richert**
Crotty & Schiltz, LLC
77 West Wacker Drive, Suite 4800, Chicago IL
(312) - 444-1000
(312) - 444-1028 (fax)
erichert@crottylaw.com
*Attorney for Robert Markay*

**Eugene J Schiltz**
Coleman Law Firm
77 W Wacker Drive Suite 4800
Chicago, IL 60601
312-444-1000
312-444-1028 (fax)
*Attorney for Robert Markay*

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St , Room 873
Chicago, IL 60604
312-886-5785
USTPRegion11.ES.ECF@usdoj.gov
*U.S. Trustee*

- 3 -

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| SETTLERS' HOUSING SERVICE, INC. ) | |
| An Illinois non-for-profit, ) | Case No: 13-28022 |
| ) | |
| Debtor. ) | Honorable Jack B. Schmetterer |
| ) | |
| ) | Motion Date: September 14, 2017 |
| ) | Motion Time: 1:30 p.m. |
| ) | |

## SCHAUMBURG BANK'S MOTION FOR EXTENSION OF TIME OR IN THE ALTERNATIVE TO AMEND THE FINAL PRETRIAL ORDER ENTERED 8/22/17

Schaumburg Bank & Trust Company, N.A. ("Schaumburg Bank"), by and through its undersigned counsel, requests an extension of time to complete the pretrial submission deadlines or in the alternative to amend the final pretrial order entered on August 22, 2017 on Schaumburg Bank's Motion for Allowance and Payment of Administrative Expenses, and in support thereof, state as follows:

1. On June 5, 2017, Schaumburg Bank filed its Motion for Allowance and Payment of Administrative Expenses ("Motion"). [**Docket No. 244**]

2. On August 23, 2017, the Court entered a final pretrial order scheduling a trial date of September 14, 2017 on Schaumburg Bank's Motion and entered corresponding pretrial deadline dates to submit, disclose and exchange trial exhibits and witness lists. [**Docket No. 294**]

3. Since the entry of the final pretrial order, the parties have been engaged in settlement discussions in an attempt to resolve all issues, claims and disputes.

- 4 -

4.  On September 7, 2017, Settlers' Housing Service Inc. ("Debtor"), filed its Motion to Continue the September 14, 2017 trial date and requested that the trial date be continued for about one week.  [**Docket No. 302**]

5.  Schaumburg Bank is in agreement with the continuance of the trial date, but would also request an extension of time to complete the submissions, disclosures and exchange of the trial exhibits, witness lists and stipulations as set forth in the final pretrial order commensurate with the continued trial date.

6.  A continued trial date of only one week would require the parties to file and exchange witness lists, trial exhibits and stipulations by September 14, 2017.  This would be insufficient time to complete settlement discussions and/or complete the pretrial submissions as set forth in the pre-trial order in time for a September 21, 2017 trial date.

WHEREFORE, Schaumburg Bank & Trust Company, N.A., respectfully requests this Court to enter an order:

A.  Continuing the September 14, 2017, trial date;

B.  Granting an extension of time for the parties to complete the pretrial deadlines as set forth in the final pretrial order entered on August 23, 2017;

C.  Or in the alternative, amend the final pretrial order entered on August 23, 2017 with new pretrial submission deadlines commensurate with the continued trial date; and

C.  For such other and further relief as this Honorable Court deems just and appropriate.

Dated:  September 8, 2017                SCHAUMBURG BANK & TRUST COMPANY, N.A.

                                         By:  /s/ Francisco E. Connell
                                              One of Its Attorneys

- 5 -

4829-0104-6095.2.23638.56795

Francisco E. Connell (ARDC #6289256)
Miriam R. Stein (ARDC #6238163)
Terence G. Tiu (ARDC #6271485)
CHUHAK & TECSON, P.C.
Attorneys for Schaumburg Bank & Trust Company, N.A.
30 S. Wacker Drive, Suite 2600
Chicago, IL  60606
T:  (312) 444-9300
F:  (312) 444-9027
E:  mstein@chuhak.com
    fconnell@chuhak.com
    ttiu@chuhak.com

4829-0104-6095.2.23638.56795